# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Marcus Ibrahim
                                Plaintiff,

v.                                            Case No.: 1:12–cv–06137
                                            Honorable Sharon Johnson Coleman

Russell Wasendorf, Sr., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2013:

      MINUTE entry before Honorable Sharon Johnson Coleman: Pursuant to the court's order entered in 12 C 5546, consolidating this action on 10/5/2012 (doc. #49) and the filing of the consolidated amended class action complaint on 12/21/2012 (doc. #66), this action is dismissed.Civil case terminated. Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.